IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CHRISTOPHER ALLEN CHANCE, <br><br> *Defendant.* | CRIMINAL ACTION NO. <br> **3:24-cr-00018-TES-CHW** |

ORDER GRANTING UNOPPOSED MOTION FOR
CONTINUANCE IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Christopher Allen Chance's Second Unopposed

Motion to Continue [Doc. 39]. On May 15, 2024, the Grand Jury returned an Indictment

[Doc. 1-1] charging Defendant Chance with Conspiracy to Commit Firearms Offenses,

in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Count 1); Conspiracy to Commit

Straw Purchases of Firearms, in violation of in violation of 18 U.S.C. § 932(b)(2) (Count

2); and making a False Statement During the Purchase of a Firearm, in violation of 18

U.S.C. §§ 922(a)(6) and 924(a)(2) (Counts 3–5). [Doc. 1-1, pp. 1–8].

According to Defendant Chance's motion, more time is needed to review

discovery. [Doc. 39, pp. 1–2]. So that Defendant Chance and his counsel will have

adequate time to review and evaluate the discovery material, the Court **GRANTS** his

Second Unopposed Motion to Continue [Doc. 39]. [*Id.*]. Therefore, the Court

**CONTINUES** this case to *October 28, 2024*, as "failure to grant . . . a continuance . . .

would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The

pretrial conference scheduled for September 4, 2024, is **CANCELED**. The ends of justice

served by this continuance outweigh the best interests of the public and Defendant

Chance in a speedy trial and are in accordance with the considerations required under

18 U.S.C. § 3161(h)(7)(A) for excusable delay.

      **SO ORDERED**, this 19th day of August, 2024.

                           S/ Tilman E. Self, III
                           **TILMAN E. SELF, III, JUDGE**
                           **UNITED STATES DISTRICT COURT**